United States District Court
Southern District of Texas
**ENTERED**
September 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **ROGELIO REGALADO,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:23-CV-0049 |
| § | |
| **BOBBY LUMPKIN, *et al.*,** § | |
| § | |
| Respondents. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Petitioner Rogelio Regalado's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, which had been referred to the Magistrate Court for a report and recommendation.[1] On August 18, 2023, the Magistrate Court issued the Report and Recommendation, recommending that the petition be **DENIED**, and that Petitioner's claims be **DISMISSED**.[2] Petitioner also filed a Motion for Summary Judgment and Motion for Expansion of the Record,[3] which the Magistrate Judge also recommended be **DENIED**.[4] It was further recommended that a Certificate of Appealability be **DENIED**.[5] Petitioner has filed timely objections to the Magistrate Court's Report and Recommendation.[6]

Pursuant to 28 U.S.C. § 636(b)(1)(c), the Court has made a de novo determination of those portions of the report to which objections have been made. As to those portions to which no

---

[1] Dkt. No. 1.
[2] Dkt. No. 19.
[3] Dkt. Nos. 12 & 17.
[4] Dkt. No. 19.
[5] *Id.*
[6] Dkt. No. 25.

objections have been made, in accordance with Federal Rule of Civil Procedure 72(b), the Court has reviewed the report for clear error.[7]

Having thus reviewed the record in this case, the parties' filings, and the applicable law, the Court adopts the Report and Recommendation in its entirety. Accordingly, the petition is **DENIED**. Petitioner's claims are **DISMISSED**, and Petitioner's Motion for Summary Judgment and Motion for Expansion of the Record are **DENIED**. Finally, a Certificate of Appealability is **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of September 2023.

_____
Micaela Alvarez
Senior United States District Judge

---

[7] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Douglas v. United States Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)), *superseded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in ACS Recovery Servs., Inc. v. Griffin*, No. 11-40446, 2012 WL 1071216, at *7 n. 5 (5th Cir. April 2, 2012).