United States District Court
Southern District of Texas
**ENTERED**
December 12, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| **ROGELIO REGALADO,** § | |
| § | |
| **Petitioner,** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 7:23-CV-0049** |
| § | |
| **BOBBY LUMPKIN,** *et al.*, § | |
| § | |
| **Respondents.** § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Petitioner Rogelio Regalado's application to proceed in forma pauperis on appeal, which had been referred to the Magistrate Court for a report and recommendation. On November 8, 2023, the Magistrate Court issued the Report and Recommendation, recommending that the application be **DENIED**, and that the District Court enter a certification that an appeal of this case would not be taken in good faith. The time for filing objections has passed and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error.[1] Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Petitioner's application to proceed in forma pauperis on appeal is **DENIED**. Finally, the Court **CERTIFIES** than an appeal of this case would not be taken in good faith.

---

[1] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Douglas v. United States Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)), *superseded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in ACS Recovery Servs., Inc. v. Griffin*, No. 11-40446, 2012 WL 1071216, at *7 n.5 (5th Cir. April 2, 2012).

Likewise, "Petitioner Rogelio Regalado's Motion to Dismiss Appeal"[2] is hereby **DENIED AS MOOT** given that not only is this the incorrect Court to dismiss the appeal but also because the Fifth Circuit already dismissed Petitioner's appeal for want of jurisdiction. [3]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of December 2023.

_____
Micaela Alvarez
Senior United States District Judge

---

[2] Dkt. No. 33.
[3] Dkt. No. 31.